UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-369 |
| | ) | (JORDAN/GUYTON) |
| BRADLEY KIDWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-370 |
| | ) | (JORDAN/GUYTON) |
| JASON STOKES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-371 |
| | ) | (JORDAN/GUYTON) |
| RICHARD SCARBROUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-372 |
| | ) | (JORDAN/GUYTON) |
| JASON LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on the Defendants' Motion for Protective Order [Doc. 55].

The Motion arose from a dispute between the parties as to the location for the deposition of the Defendants. However, the Plaintiff now has taken the position that he agrees to the depositions being taken in a room on the first floor of the Anderson County Courthouse. [Doc. 59]. The Defendants have agreed. [Doc. 62].

Therefore, the Defendants' Motion for Protective Order **[Doc. 55]** is **GRANTED** as follows: the depositions of the Defendants will be taken in a room on the first floor of the Anderson County Courthouse, on a date arranged by counsel. If no such room can be obtained for the depositions at the Anderson County Courthouse, the depositions will be taken in the Rotunda Video Conference Room on the first floor of the Baker U.S. Courthouse in Knoxville, Tennessee, at the Cumberland Avenue entrance. If the Baker U.S. Courthouse room is needed, counsel shall contact the undersigned's chambers to secure a date and time, and to arrange access to the conference room.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge