UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-369 |
| | ) | (JORDAN/GUYTON) |
| BRADLEY KIDWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-370 |
| | ) | (JORDAN/GUYTON) |
| JASON STOKES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-371 |
| | ) | (JORDAN/GUYTON) |
| RICHARD SCARBROUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-372 |
| | ) | (JORDAN/GUYTON) |
| JASON LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the Court on the Plaintiff's Motion to Recuse [Doc. 60], filed on March 3, 2015. Plaintiff asks the Court to recuse Judge Guyton for "clear and premeditated bias." [Doc. 60]

The Court finds that the said Motion is without any basis and is not well-taken, and therefore, the Court denies Plaintiff's request to recuse Judge Guyton. Accordingly, the Motion to Recuse [**Doc. 60**] is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge