IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-369 |
| | ) | |
| BRADLEY KIDWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-370 |
| | ) | |
| JASON STOKES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-371 |
| | ) | |
| RICHARD SCARBROUGH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| RONALD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-372 |
| | ) | |
| JASON LAWSON, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

This case is before the court on the Report and Recommendation [3:13-CV-369, doc. 70; 3:13-CV-370, doc. 66; 3:13-CV-371, doc. 66; 3:13-CV-372, doc. 66] filed by United States Magistrate Judge H. Bruce Guyton on April 28, 2015. There have been no timely objections filed to this Report and Recommendation, and enough time has passed to treat any objections as having been waived. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Magistrate Judge Guyton recommends that plaintiff's "Request for a restraining order by the court [sic]" [3:13-CV-369, doc. 58; 3:13-CV-370, doc. 54; 3:13-CV-371, doc. 54; 3:13-CV-372, doc. 54] be denied.

After careful review, the court is in complete agreement with Magistrate Judge Guyton's conclusion that plaintiff's motion should be denied. The court therefore **ACCEPTS IN WHOLE** the Report and Recommendation [3:13-CV-369, doc. 70; 3:13-CV-370, doc. 66; 3:13-CV-371, doc. 66; 3:13-CV-372, doc. 66] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). For the reasons stated in the Report and Recommendation, which the court adopts and incorporates into this ruling, plaintiff's "Request for a restraining order by the court [sic]" [3:13-CV-369, doc. 58; 3:13-CV-370, doc. 54; 3:13-CV-371, doc. 54; 3:13-CV-372, doc. 54] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge