UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| RONALD TAYLOR, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-369-RLJ-HBG |
| | ) | |
| BRADLEY KIDWELL, | ) | |
| Defendant. | ) | |

| RONALD TAYLOR, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-370-RLJ-HBG |
| | ) | |
| JASON STOKES, | ) | |
| Defendant. | ) | |

| RONALD TAYLOR, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-371-RLJ-HBG |
| | ) | |
| RICHARD SCARBROUGH, | ) | |
| Defendant. | ) | |

| RONALD TAYLOR, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-372-RLJ-HBG |
| | ) | |
| JASON LAWSON, | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral order of the presiding District Judge.

Now before the Court is Plaintiff's Application to Proceed *In Forma Pauperis* with Supporting Documentation. Plaintiff moves the Court to permit him to appeal the judgments in these cases to the Court of Appeals for the Sixth Circuit.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure:

> [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

The Court has reviewed the Plaintiff's Application, the exhibits attached thereto, and the Plaintiff's Notice of Appeal. The Court finds that Plaintiff has complied with Rule 24 of the Federal Rules of Civil Procedure. Based upon the foregoing, the Court finds that Plaintiff's Application to Proceed *In Forma Pauperis* with Supporting Documentation is well-taken, and it is **GRANTED**. The Plaintiff will be permitted to proceed on appeal to the Court of Appeals in the above cases without prepayment of fees.

**IT IS SO ORDERED**.

ENTER:

_/s/ Bruce Guyton_
United States Magistrate Judge